428

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

<hr>

395 A.2d 980

Coogan, Appellant, v. Franklin Town Corporation.

Argued September 13, 1978.   Gilbert S. Feinberg, with him Dennis A. Holtz, for appellant;   Jill A. Douthett, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

<hr>

395 A.2d 980

Costlow v. Paulisi et al. (et al., Appellant), et al.

Argued September 12, 1978.   E. Iianelli, with him Roger J. Harrington, for appellant;   Robert E. Slota, for appellee,

Costlow;  Arthur R. Tilson, for appellees, Paulisi, Waite, Inc., and Muck;  Joseph P. Lynch, for appellee, Wilson;  Ralph L. Hose, for appellee, Craun.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 980

County of Lancaster v. J. M. Brenner Co., Inc., et al., Appellants, et al.

Argued September 12, 1978.  Joseph J. Lombardo, submitted a brief for appellants;  William E. Chillas, for appellee, County of Lancaster.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.

395 A.2d 981

Cullen, Appellant, v. Cullen.